

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2018

No. 04-18-00368-CV

**IN THE INTEREST OF B.J.B., ET. AL, CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-311-CCL
Honorable Michael P. Peden, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by October 31, 2018. Neither the brief nor a motion for extension of time have been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court